# United States District Court

### District of Arizona
## Office of the Clerk



**Brian D. Karth**
District Court Executive / Clerk Of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**Michael S. O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Debra D. Lucas**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

June 7, 2019

Clerk's Office
Maricopa County Superior Court
201 W Jefferson St
Phoenix, AZ 85003

**ATTN:**       **Civil File Counter**

**RE:**         **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

                **District Court Case Number:  CV-19-01671-PHX-DWL**

                **Superior Court Case Number:  CV2019-050782**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on <u>June 7, 2019,</u> remanding the above case to Maricopa County Superior Court for the State of Arizona.

                Sincerely,

                BRIAN D. KARTH, DCE/CLERK OF COURT

                 s/ D. Draper
                Deputy Clerk

cc: All Counsel of Record

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _____   Dated: _____